UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VICTORIA RADAVICIUTE**, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) **CHRISTIAN AUDIGIER, INC.**, a California ) corporation; **AUDIGIER MEDIA, INC.**, a ) California corporation; **AUDIGIER BRAND** ) **MANAGEMENT GROUP, LLC**, a California ) limited liability company; **NERVOUS TATTOO**, ) **INC.**, a California corporation; and DOES 1-10, ) ) Defendants. ) | No.   10 cv 8090  Hon. William J. Hibbler  Magistrate Judge Nan R. Nolan |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

For all of the reasons set forth in the accompanying Memorandum in Support of the parties' Joint Motion for Final Approval of Settlement Agreement, the parties respectfully request that the Court enter the proposed Final Order approving the proposed Settlement as being fair, reasonable and adequate to the Class, as well as the proposed Judgment.

**Dated:**  October 12, 2011

Respectfully submitted,

| CHRISTIAN AUDIGIER, INC., AUDIGIER MEDIA, INC., AUDIGIER BRAND MANAGEMENT GROUP, LLC AND NERVOUS TATTOO, INC.,<br><br>By:   s/ James W. Davidson<br>     Kevin M. O'Hagan (IL #6211446)<br>     James W. Davidson (IL #6281542)<br>     O'Hagan Spencer LLC | VICTORIA RADAVICIUTE, individually, and on behalf of all others similarly situated,<br><br><br>By:   s/Thomas A. Zimmerman, Jr.<br>     Thomas A. Zimmerman, Jr. (IL #6231944)<br>     Adam M. Tamburelli (IL #6292017)<br>     ZIMMERMAN LAW OFFICES, P.C.<br>     77 West Washington Street, Suite 1220 |

| One East Wacker Drive, Suite 3400<br>Chicago, Illinois 60602<br>(312) 422-6100 telephone<br>(312) 422-6110 facsimile<br><br>Counsel for the Defendants | Chicago, Illinois 60602<br>(312) 440-0020 telephone<br>(312) 440-4180 facsimile<br>www.attorneyzim.com<br><br>Counsel for the Plaintiff and Class |
|---|---|