UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **VICTORIA RADAVICIUTE**, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   10 cv 8090 |
| **CHRISTIAN AUDIGIER, INC.**, a California corporation; **AUDIGIER MEDIA, INC.**, a California corporation; **AUDIGIER BRAND MANAGEMENT GROUP, LLC**, a California limited liability company; **NERVOUS TATTOO, INC.**, a California corporation; and DOES 1-10, | ) ) ) ) ) ) ) ) | Hon. William J. Hibbler<br><br>Magistrate Judge Nan R. Nolan |
| Defendants. | ) | |

### APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND FORAPPROVAL OF AN INCENTIVE AWARD TO THE CLASS REPRESENTATIVE

Class Counsel, Thomas A. Zimmerman, Jr. of Zimmerman Law Offices, P.C., preliminarily approved as Class Counsel for the Settlement Class in this action by virtue of this Court's Preliminary Approval Order dated July 12, 2011, and pursuant to his application to be appointed as Class Counsel for the Class for all purposes in connection with the parties' Joint Motion for Final Approval of Class Action Settlement Agreement, makes this application for an award of attorneys' fees and unreimbursed expenses incurred by him in connection with this Action. In support of this Application for Attorneys' Fees and Reimbursement of Expenses, Class Counsel states as follows:

Under the Settlement Agreement, Defendants shall pay attorneys' fees and costs in the lump sum of $270,000 to Class Counsel. (See, ¶ 8 in Settlement Agreement, attached hereto as Exhibit 1). Defendants do not oppose this request by Class Counsel for approval of attorneys' fees and costs. (See, Settlement Agreement, ¶ 8).

Class Counsel submits that this request for an award of attorneys' fees and costs in the sum of $270,000 is fair and reasonable and should be approved by this Court for the reasons set forth in the accompanying Memorandum of Law.

Additionally, under the Settlement Agreement, as an incentive award to Victoria Radaviciute for her participation as the Class Representative herein, the Defendants do not object to Class Counsel seeking an incentive award for the Plaintiff in the sum of $5,000. (See, Settlement Agreement, ¶ 7). The incentive award to the Plaintiff is fair and reasonable and should be approved for the reasons stated in the accompanying Memorandum of Law.

WHEREFORE, Class Counsel respectfully requests this Court award $270,000 in attorneys' fees and costs, and a $5,000 incentive award to the Plaintiff, and all other relief deemed just and proper in the circumstances.

        VICTORIA RADAVICIUTE, individually, and on behalf
        of all others similarly situated,

By:    s/Thomas A. Zimmerman, Jr.
        Thomas A. Zimmerman, Jr. (IL #6231944)
        Adam M. Tamburelli (IL #6292017)
        ZIMMERMAN LAW OFFICES, P.C.
        77 West Washington Street, Suite 1220
        Chicago, Illinois 60602
        (312) 440-0020 telephone
        (312) 440-4180 facsimile
        www.attorneyzim.com

Counsel for the Plaintiff and Class