IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **VICTORIA RADAVICIUTE**, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   10 cv 8090 |
| **CHRISTIAN AUDIGIER, INC.**, a California corporation; **AUDIGIER MEDIA, INC.**, a California corporation; **AUDIGIER BRAND MANAGEMENT GROUP, LLC**, a California limited liability company; **NERVOUS TATTOO, INC.**, a California corporation; and DOES 1-10, | ) ) ) ) ) ) ) ) | Hon. William J. Hibbler Magistrate Judge Nan R. Nolan |
| Defendants. | ) | |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Class Action Settlement Agreement (the "Settlement Agreement") and all other materials properly before the Court, and having conducted an inquiry pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered by all parties in good faith, and the Settlement Agreement is approved.  The Court or the Clerk of the Court shall enter the Judgment provided in the Settlement Agreement, and Defendants Christian Audigier, Inc., Audigier Media, Inc., Audigier Brand Management Group, LLC and Nervous Tattoo, Inc. shall disseminate the Class relief, and make the payments to the Class Representative and Class Counsel, as provided for in the Settlement Agreement.

**DATED:** 10/19/2011          By: _/s/ Nan R. Nolan_____
                                                           MAGISTRATE JUDGE  NAN R. NOLAN